UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBERT TURNER,

        Plaintiff,

v.                               Case No. 12-C-1182

C/O KUBAT and LT. WENZEL,

        Defendants.

### ORDER DENYING MOTION TO AMEND

Plaintiff has filed a motion to amend his complaint in order (he states) to reorganize it and cite more facts and law. The proposed amended complaint does not add anything new. A complaint needs only to state the bare facts a plaintiff asserts, and those facts are found in the original complaint. The plaintiff does not need to plead legal theories. Allowing the amended complaint would require the Defendants to file another answer and would delay this action needlessly. Accordingly, the motion to amend is **DENIED**.

**SO ORDERED** this 10th day of June, 2013.

                                      /s William C. Griesbach
                                William C. Griesbach, Chief Judge
                                United States District Court